IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| OMOWALE N. BLACK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:11-CV-472 (CAR) |
| VICTOR WALKER, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S
RECOMMENDATION

Before the Court is the United States Magistrate Judge's Order and Recommendation [Doc. 10] to dismiss Plaintiff's claims against Defendants DOCTOR AKAWANEE, CHIEF COUNSELOR PRICE, and Counselor SYKES for failure to state a claim for which relief can be granted. Plaintiff has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of Plaintiff's Complaint, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's claims against Defendants DOCTOR AKAWANEE, CHIEF COUNSELOR PRICE, and Counselor SYKES are hereby

1

**DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2).  In accordance with the Order and Recommendation, Plaintiff's claims against Defendants VICTOR L. WALKER, DOUG UNDERWOOD, EDDIE WILLIAMS, SIMMIE EDWARDS, EARL PRESLEY, LARRY JORDAN, and RODNEY SMITH shall go forward.

   **SO ORDERED,** this 15th day of March, 2012.

                               S/ C. Ashley Royal
                               C. ASHLEY ROYAL
                               UNITED STATES DISTRICT JUDGE
LMH