IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| OMOWALE N. BLACK, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:11-CV-472 (CAR) |
| VICTOR L. WALKER, et al., | : | |
| | : | |
|     Defendants. | : | |
| _____ | : | |

## ORDER ON THE RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 38] to grant Defendant's Motion to Dismiss *pro se* Plaintiff's First and Eighth Amendment claims [Doc. 27] for failure to exhaust administrative remedies and failure to state a cognizable claim, and to deny as moot Plaintiff's Motion for Preliminary Injunction [Doc. 36].   Plaintiff Omowale N. Black has not filed an Objection to the Recommendation, and the time in which to do so has passed.  Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge.   The Recommendation [Doc. 38] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.  Defendant's Motion to Dismiss [Doc. 27] is **GRANTED** and Plaintiff's Motion for Preliminary Injunction [Doc. 36] is **DENIED** as moot.   As a result,

1

Plaintiff's Second Motion for Extension of Time to File Response [Doc. 32] is also

**DENIED** as moot.

  **SO ORDERED,** this 1st day of March, 2013.


         <u>S/  C. Ashley Royal</u>
         C. ASHLEY ROYAL
         UNITED STATES DISTRICT JUDGE

LMH